FILED
2024 OCT -1 PM 1:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
MDN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Artis-Ray: Cash Jr.
PLAINTIFF/PETITIONER

V.

Credit Control, LLC
Credit Control Holdings, INC.
DEFENDANT/RESPONDENT

CASE NUMBER
2:24CV8447-PA(Ex)

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

I, Artis-Ray: Cash Jr. declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed? ☑ Yes ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: $2,150; LA Casting 8335 Sunset BLVD #332 Los Angeles, CA 90069

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   | Source | Yes | No |
   |---|---|---|
   | Public benefits? | ☐ | ☑ |
   | Business, profession or form of self-employment? | ☐ | ☑ |
   | Rent payments, interest or dividends? | ☐ | ☑ |
   | Pensions, annuities or life insurance payments? | ☐ | ☑ |
   | Gifts or inheritances? | ☐ | ☑ |
   | Any other income (other than listed above)? | ☐ | ☑ |
   | Loans? | ☐ | ☑ |
   | Any other income (other than listed above)? | ☐ | ☑ |

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☒ Yes  ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. First Entertainment Credit Union $50

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

   If you answer is yes, describe the property and state its approximate value:

5. In what year did you last file an Income Tax Return? 2024

   Approximately how much income did your last return reflect? $20,000

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: N/A

7. Estimate your average monthly expenses below:

   | | | | | |
   |---|---|---|---|---|
   | Housing | $900 | Credit Cards | $200 |
   | Transportation | $200 | Child Care | 0 |
   | Food | $500 | Insurance | 0 |
   | Medical | 0 | Loans | 0 |
   | Utilities | $100 | Other | 0 |

   California
   State

   Los Angeles
   County (or City)

   I, Artis-Ray: Cash Jr. declare under penalty of perjury that the foregoing is true and correct. Executed on:

   10/01/2024
   Date

   Artis Ray Cash Jr.
   Plaintiff (Signature)