| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>R. Paul Barkes (SBN: 190553)<br>Barkes Law APC<br>21550 Oxnard Street, 3d Floor<br>Woodland Hills, CA 91367<br>Tel: (818) 912-9146 | |
| ATTORNEY(S) FOR: Credit Control LLC and Credit Control Holdings, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR.,<br><br>Plaintiff(s),<br>v.<br>CREDIT CONTROL, LLC et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-08447-PA-E<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   CREDIT CONTROL, LLC and CREDIT CONTROL HOLDINGS, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| CREDIT CONTROL, LLC | Defendant |
| CREDIT CONTROL HOLDING, INC. | Owner of more than 10% of Credit Control, LLC |
| RESURGENT STRATEGIC INVESTMENTS, LLC | Owner of more than 10% of Credit Control, LLC |

10/30/2024                                                    *R. Paul Barkes*
Date                                                                Signature

Attorney of record for (or name of party appearing in pro per):

Defendants Credit Control, LLC, Credit Control Holdings, Inc.