R. Paul Barkes (SBN 190553)
Email: paul.barkes@barkeslaw.com
**BARKES LAW APC**
21550 Oxnard Street, 3rd Floor
Woodland Hills, California 91367
Telephone: (818) 912-9146

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTIS-RAY CASH JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**CREDIT CONTROL, LLC**, and **CREDIT CONTROL HOLDINGS, INC.**<br><br>Defendants. | Case No.:  2:24-cv-08447-PA-E<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**<br><br><u>**Hearing:**</u><br>Date:        January 6, 2025<br>Time:        1:30 p.m.<br>Courtroom:  9A<br>Judge:       Hon. Percy Anderson |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF**

**RECORD:**

PLEASE TAKE NOTICE that on January 6, 2025, at 1:30 p.m. in Courtroom 9A of the United States District Court for the Central District of California, First Street Courthouse located at 350 W. 1st Street, 9th Floor, Los Angeles, CA 90012, before the Honorable Percy Anderson, Defendants Credit Control, LLC and Credit Control Holdings, Inc. will and hereby do move for an order dismissing the First Amended Complaint filed by Plaintiff Artis-Ray: Cash Jr. pursuant to FED. R. CIV. PRO. 12(b)(6).

This motion is based on this notice of motion and motion, the memorandum of points and authorities filed concurrently herewith, the file and all pleadings in this matter, any oral argument, any matters upon which judicial notice may be taken, and any and all other matters this court deems just and necessary.

This motion is made following the conference of counsel pursuant to CENTRAL DISTRICT LOCAL RULE 7-3, which took place on November 19, 2024.

Dated: November 26, 2024

Respectfully Submitted,

BARKES LAW APC

/s/ *R. Paul Barkes*
R. Paul Barkes (SBN 190553)

Attorneys for Defendants CREDIT CONTROL LLC and CREDIT CONTROL HOLDINGS, INC.

2

## **CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21550 Oxnard Street, 3rd Floor, Woodland Hills, CA 91367.

On November 26, 2024, I served the following document(s):

**NOTICE OF MOTION AND MOTION BY DEFENDANTS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

On the following interested parties in this action described as follows:

Artis-Ray: Cash Jr.
453 South Spring St.
Suite 400, PMB 1211
Los Angeles, CA 90013
Email: artiscashjr@yahoo.com
*Pro Se Plaintiff*

**[X]    VIA U.S. MAIL:** By placing a true copy thereof enclosed in a sealed envelope or package by first-class mail, postage prepaid, addressed to the persons at the addresses listed above.

**[X]    VIA ELECTRONIC-MAIL:** I caused a true copy of the documents to be sent to the persons at the electronic mail address listed above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on  November 26, 2024, in Woodland Hills, California.

By: /s/ *R. Paul Barkes*
R. Paul Barkes

3