R. Paul Barkes (SBN 190553)
Email: paul.barkes@barkeslaw.com
**BARKES LAW APC**
21550 Oxnard Street, 3rd Floor
Woodland Hills, California 91367
Telephone: (818) 912-9146

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTIS-RAY CASH JR.**,<br><br>                                Plaintiff,<br><br>v.<br><br>**CREDIT CONTROL, LLC, and CREDIT CONTROL HOLDINGS, INC.**<br><br>                                Defendants. | Case No.:  2:24-cv-08447-PA-E<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM** |

The Court having received the motion of Defendants, Credit Control, LLC, and Credit Control Holdings, Inc. for dismissal of Plaintiff's First Amended Complaint for failure to state a claim, the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to dismiss the First Amended Complaint for failure to state a claim, it is ORDERED, ADJUDGED, AND DECREED:

that Defendant's Motion to Dismiss is granted in its entirety and Plaintiff's First Amended Complaint is dismissed with prejudice.

DATED: _____

Honorable Percy Anderson
United States District Judge