R. Paul Barkes (SBN 190553)
Email: paul.barkes@barkeslaw.com
**BARKES LAW APC**
21550 Oxnard Street, 3rd Floor
Woodland Hills, California 91367
Telephone: (818) 912-9146

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTIS-RAY CASH JR.**, <br><br>  Plaintiff, <br><br> v. <br><br> **CREDIT CONTROL, LLC**, <br><br>  Defendant. | Case No.: 2:24-cv-08447-AH-E <br><br> **NOTICE OF MOTION AND DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** <br><br> **Hearing:** <br> Date:　　June 11, 2025 <br> Time:　　1:30 pm <br> Courtroom: 7D <br> Judge:　　Hon. Anne Hwang |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 11, 2025, at 1:30 PM in Courtroom 7D of the United States District Court for the Central District of California, First Street Courthouse located at 350 W. 1st Street, 7th Floor, Los Angeles, CA 90012, before the Honorable Anne Hwang, Defendant Credit Control, LLC will and hereby do move for an order dismissing the Amended Complaint filed by Plaintiff Artis-Ray: Cash Jr. pursuant to FED. R. CIV. PRO. 12(b)(6) and 28 U.S.C. § 1915(e)(2)(A).

This motion is based on this notice of motion and motion, the memorandum of points and authorities filed concurrently herewith, the Declaration of R. Paul Barkes and all exhibits thereto, the file and all pleadings in this matter, any oral argument, the request for judicial notice filed concurrently herewith and any other matters upon which judicial notice may be taken, and any and all other matters this court deems just and necessary.

This motion is made following the conference of counsel pursuant to CENTRAL DISTRICT LOCAL RULE 7-3, which took place on May 7, 2025.

Dated: May 14, 2025

Respectfully Submitted,

BARKES LAW APC

/s/ *R. Paul Barkes*
R. Paul Barkes (SBN 190553)

Attorneys for Defendant CREDIT CONTROL LLC.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system and by enclosing a true copy in a sealed envelope addressed to the following non-CM/ECF participant(s):

> Artis-Ray: Cash Jr.
> 453 South Spring St.
> Suite 400, PMB 1211
> Los Angeles, CA 90013
> Email: artiscashjr@yahoo.com
> *Pro Se Plaintiff*

and depositing the envelope with the U.S. Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2025 at Woodland Hills, California.

By: /s/ *R. Paul Barkes*
R. Paul Barkes
