UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Artis-Ray: Cash Jr., <br>        Plaintiff, <br><br> vs. <br><br> Credit Control, LLC, <br>        Defendant. | Case No. 2:24-cv-08447-AH-E <br><br> **[PROPOSED] SUR-REPLY** <br><br> Date: October 15, 2025 <br> Time: 1:30pm <br> Courtroom: 9C <br> Judge: Hon. Anne Hwang |

**PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS**

    Defendant's Reply confirms it has no defense on the merits, so it resorts to a procedural fiction: that Plaintiff's comprehensive Opposition somehow constitutes a "concession." This is false.

    1. **No Concession Occurred.** Plaintiff's Opposition (ECF No. 57) directly challenged the validity of Defendant's evidence and its failure to provide the core documents that would prove its case (e.g., the assignment contract). Defendant's claim otherwise is a misrepresentation.

    2. **The "Concession" Case is Inapplicable.** Angeles involved a total non-response. Here, Plaintiff filed a detailed Opposition. Defendant cannot manufacture a "concession" from a refusal to engage with every sub-argument in its 15-page motion.

    3. **Defendant's Motion is Rotten at its Core.** The entire Motion relies on the sworn testimony of Richard Saffer, who claimed the credit pull was "soft." This Court need look no

PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS

further than **Defendant's own Exhibit G** to see this is false. The Subject Type: I field denotes a **hard inquiry**. Sanctions cannot be granted based on a declaration that a party's own evidence disproves.

      4. **The Real Concession is Defendant's.** By refusing to produce the assignment contract from LVNV—the one document that could prove its permissible purpose—Defendant has conceded the most critical point in this case: it cannot prove it had any legal right to access Plaintiff's credit file.

      For these reasons, and those stated in the Opposition, Defendant's Motion for Sanctions should be denied in its entirety.

**Dated:** August 22, 2025

**Respectfully Submitted,**

/s/ Artis Ray Cash Jr

**Artis-Ray: Cash Jr.**

Plaintiff, In Pro Per